US008856221B2

(12) **United States Patent**
Rothschild

(10) Patent No.: **US 8,856,221 B2**
(45) Date of Patent: **Oct. 7, 2014**

(54) **SYSTEM AND METHOD FOR STORING BROADCAST CONTENT IN A CLOUD-BASED COMPUTING ENVIRONMENT**

(71) Applicant: **Leigh M. Rothschild**, Sunny Isles Beach, FL (US)

(72) Inventor: **Leigh M. Rothschild**, Sunny Isles Beach, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/652,034**

(22) Filed: **Oct. 15, 2012**

(65) **Prior Publication Data**
US 2013/0054683 A1   Feb. 28, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 13/300,798, filed on Nov. 21, 2011, now Pat. No. 8,307,089.

(60) Provisional application No. 61/528,543, filed on Aug. 29, 2011.

(51) Int. Cl.
*G06F 15/16* (2006.01)

(52) U.S. Cl.
USPC ........... **709/203**; 709/204; 709/231; 709/226; 709/249

(58) Field of Classification Search
USPC ....................................... 709/203
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,822,639 B1 | 11/2004 | Silverbrook et al. | |
| 7,496,608 B2 | 2/2009 | Wilbrink et al. | |
| 8,108,441 B2 | 1/2012 | Ruhlen | |
| 2002/0069252 A1 | 6/2002 | Jones et al. | |
| 2003/0014630 A1 | 1/2003 | Spencer et al. | |
| 2003/0060264 A1 | 3/2003 | Chilton et al. | |
| 2003/0061281 A1 | 3/2003 | Miyazaki | |
| 2005/0021869 A1 | 1/2005 | Aultman et al. | |
| 2005/0076220 A1 | 4/2005 | Zhang et al. | |
| 2006/0080452 A1 | 4/2006 | Julia et al. | |
| 2010/0217759 A1 | 8/2010 | Ma et al. | |
| 2010/0223385 A1 | 9/2010 | Gulley et al. | |
| 2010/0268736 A1 | 10/2010 | Ruhlen | |
| 2010/0332456 A1 | 12/2010 | Prahlad et al. | |
| 2011/0066687 A1 | 3/2011 | Chen et al. | |

*Primary Examiner* — Hua Fan
(74) *Attorney, Agent, or Firm* — Atanu Das; Techlaw LLP

(57) **ABSTRACT**

A system, method and device for media content storage and delivery. A server has a receiver in communication with a processor. The receiver receives a request message. The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device. The processor determines whether the consumer device identifier corresponds to a registered consumer device. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device.

**13 Claims, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# SYSTEM AND METHOD FOR STORING BROADCAST CONTENT IN A CLOUD-BASED COMPUTING ENVIRONMENT

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 13/300,798, filed Nov. 21, 2011, entitled SYSTEM AND METHOD FOR STORING BROADCAST CONTENT IN A CLOUD-BASED COMPUTING ENVIRONMENT, which is related to and claims priority to U.S. Provisional Patent Application Ser. No. 61/528,543, filed Aug. 29, 2011, entitled SYSTEM AND METHOD FOR STORING BROADCAST CONTENT AT A REMOTE SERVER LOCATION the entirety of all of which is incorporated herein by reference

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

n/a

## FIELD OF THE INVENTION

The present invention relates to a method and system for on-demand storage and delivery of media content.

## BACKGROUND OF THE INVENTION

The widespread growth of communication networks and internet enabled consumer devices allow consumers to stream on-demand videos and music. The on-demand video and music service is typically provided by large companies or second party distributors that store the media content for streaming to the consumer devices. For example, a television company may maintain a television server that stores all television shows that are broadcast by the television company such that the consumer may stream the stored television show on the consumer device. This requires the television company to store all or substantially all the shows broadcast by the television company, which requires a great deal of data storage and often comes at a significant cost to the television company. The cost of storing all the broadcast shows is typically passed on to the consumer using the on-demand service such that the consumer ends up paying for storage of videos and music that the consumer has no interest in streaming.

In particular, the consumer may be charged a flat rate monthly subscription fee by the television company. For example, the consumer may be charged a ten dollar fee per month for streaming videos from the television server. The flat rate subscription fee may not change irrespective of whether the consumer streams hundreds of videos a month or one video a month. Consumers that vary the amount of content that is streamed monthly may end up paying more money for the service than if they simply bought the video content on digital versatile disk (DVD).

Some television companies and second party video and music distributors offer a flat rate per video or show that is streamed. In particular, a consumer may be charged a set fee for streaming a specific episode of a television program. For example, the consumer may be charged five dollars for streaming a two hour long episode of a television show to their consumer device. However, another consumer will be charged the same five dollar flat rate for streaming a fifteen minute episode of another television show. The flat rate fee associated with a specific video or show that a consumer wants to stream may end up detracting consumers who do not always stream long running episodes of television shows.

Moreover, consumers may want to stream videos of a particular program that may not be currently stored in the television server. The consumer may request the program in order for the television server to be updated to store the particular program but such a request may take weeks to months to fulfill. As such, the consumer may end up losing interest in the particular program, and the television server may eventually end up being updated with a particular video that no consumers stream, thereby unnecessarily expending data resources and driving up the cost of the streaming service.

There is a need in the art for an on-demand media storage and streaming system that tailors cost to each consumer based on the requested media content and each consumer's needs.

## SUMMARY OF THE INVENTION

The present invention advantageously provides a method and system for on-demand storage and delivery of media content.

According to one embodiment, a system for media content storage and delivery is provided. The system includes a server that has a receiver and a processor. The receiver receives media data that indicates media content to be stored. The processor is in communication with the receiver. The processor determines media content characteristics that correspond to the media content to be stored. The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content.

According to another embodiment, a consumer device is provided. The consumer device includes a transmitter that transmits a storage request message. The storage request message indicates media content to be stored and the length of time the media content is to be stored. The consumer device includes a receiver that receives a confirmation message. The confirmation message indicates the media content is stored at the server based at least in part on the storage request message.

According to yet another embodiment, a method is provided for storing and delivering on-demand media content. The method includes receiving media data indicating media content to be stored. The method includes determining media content characteristics that corresponds to the media content to be stored. The method includes determining a length of time to store the media content based on the media data. The method includes determining a cost amount based at least in part on the determined media content characteristics and length of time.

According to yet another embodiment, a system is provided for storing and delivering media content. The system includes at least one server. The at least one server includes a memory that stores media content and a processor. The processor determines media content is available for download, determines the media content is not stored in memory and initiates download of the media content. The at least one server includes a receiver that receives the media content. The memory stores the received media content.

According to yet another embodiment, a method is provided for storing and delivering media content. A determination is made that media content is available for download. A determination is made that content is not stored. Download of

the media content is initiated. The media content is received. The received media content is stored.

BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention, and the attendant advantages and features thereof, will be more readily understood by reference to the following detailed description when considered in conjunction with the accompanying drawings wherein:

FIG. **1** is a block diagram of media content on-demand storage system constructed in accordance with the principles of the present invention;

FIG. **2** is a flow chart of an exemplary process for processing a request message for initiating storing and streaming of media content;

FIG. **3** is a flow chart of an exemplary process for initiating media content storage and streaming;

FIG. **4** is a flow chart of an exemplary process for determining a cost amount for storing media content;

FIG. **5** is a block diagram of media content storage for on-demand delivery constructed in accordance with the principles of the present invention;

FIG. **6** is a flow chart of an exemplary process for storing and delivering content; and

FIG. **7** is a flow chart of an exemplary process for storing and delivering content.

DETAILED DESCRIPTION OF THE INVENTION

The present invention advantageously provides a system and method for on-demand storage and streaming of media content. Accordingly, the system and method components have been represented where appropriate by conventional symbols in the drawings, showing only those specific details that are pertinent to understanding the embodiments of the present invention so as not to obscure the disclosure with details that will be readily apparent to those of ordinary skill in the art having the benefit of the description herein.

Referring now to the drawing figures in which like reference designators refer to like elements there is shown in FIG. **1** an exemplary storage and streaming system constructed in accordance with the principles of the present invention and designated generally as "**10**." In particular, system **10** may include one or more consumer devices **12**a to **12**n (collectively referred to as "consumer device **12**"), one or more broadcast servers **14**a to **14**n (collectively referred to as "broadcast server **14**") and one or more remote servers **16**a to **16**n (collectively referred to as "remote server **16**"), communicating via network **18** using communication protocols known in the art, e.g., Internet Protocol. Also, broadcast server **14** and/or remote server **16** may be part of network **18**, a second network, among other network, e.g., each may form or be part of a cloud computing environment (not shown).

Consumer device **12** may include wired or wireless devices such as mobile phones, personal digital assistant devices, personal computers, laptop computers, tablet computers, digital video recorders, televisions, digital versatile disc players, among other devices that may communicate via network **18**. Consumer device **12** may communicate with network **18** using communication protocols known in the art. In particular, consumer device **12** may include transmitter **20** and receiver **22** for transmission and reception of data communications over network **18**. Processor **24** may include a central processing unit (CPU) for executing computer program instructions stored in memory **26**, as is well known in the art.

Memory **26** may include non-volatile and volatile memory. For example, non-volatile memory may include a hard drive, memory stick, flash memory and the like. Also, volatile memory may include random access memory and others known in the art. Memory **26** may also include request module **28** and consumer database **30**. Request module **28** includes instructions, which when executed by processor **24**, causes processor **24** to perform the processes described herein, such as the request process for consumer device **12**, discussed in detail with reference to FIG. **3**.

Consumer database **30** may store consumer device data, consumer data and subscription data, among other data. Consumer device data may include a device identification number, model number and operating system, among other device information corresponding to the user of the consumer device. Consumer data may include consumer information such as addresses, phone numbers, financial institution information and credit/debit card information, among other consumer information. Subscription data may include subscription identification number and content storage and retrieval cost, as discussed in detail with respect to FIG. **4**, among other subscription information.

Broadcast server **14** may include a transmitter **32**, receiver **34**, processor **36** and memory **38** as with the corresponding consumer device **12** components, with size and performance being adjusted based on design needs. Processor **36** performs functions described herein with respect to broadcast server **14**. Broadcast server **14** may communicate with consumer device **12** and/or remote server **16**, via network **18**. Memory **38** may include content database **40** that stores/records media content, media content characteristics, among other data. For example, the stored media content may be video, audio, graphical images and the like, and the media content characteristics may be media runtime (playback time) of the media content, data size of media content, media content availability, media content existence and the like. Media content availability may indicate whether the media content is available for download, e.g., due to restrictions on the media content. Media content existence may indicate whether the media content exist, e.g., media content not found because user input the wrong movie title.

Remote server **16** may include transmitter **42**, receiver **44**, processor **46** and memory **48** as with the corresponding consumer device **12** components, with size and performance being adjusted based on design needs. Processor **46** may perform functions described herein with respect to remote server **16**. Memory **48** may include media module **50**, media database **52** and registration database **54**. In particular, media module **50** may be computer program instructions, which when executed by processor **46**, perform the storage and streaming processes as discussed with respect to FIG. **2**. Media database **52** may store media content and media content characteristics similar to that stored in content database **40**. The media database may store the media content for a specific length of time, as discussed with reference to FIG. **2**. Registration database **54** may store account data corresponding to one or more consumer devices **12** such as user registration data, account information, number of consumer devices registered to a particular user, user account preferences, among other user account data. Alternatively, remote server **16** may be part of a server farm in which the server farm stores all available media content, as is discussed in detail with respect to FIGS. **5-6**.

An exemplary process for processing a request message to initiating storing and/or streaming is described with reference to FIG. **2**. A list of media content may be provided to the consumer and displayed on consumer device display, e.g., via

5

a website displayed in a web browser. The list of media may include content stored in media database **52** and content not stored in media database **52**. Consumer device may request content from the list or may request non-listed media content. Consumer device **12** initiates the process by transmitting a request message to remote server **16** such that remote server **16** determines that a request message is received (Step S**100**). Remote server **16** determines whether the request message is received from a registered user, e.g., received from registered consumer device (Step S**102**). For example, the request message may include consumer data, device identification number(s), media data, among other data stored in consumer database **30** that corresponds to the specific user and/or consumer device. If the request message is determined to be from a non-registered consumer device, a registration message may be sent to the consumer device to prompt the user to register the consumer device **12** with remote server **16** (Step S**104**). Once the consumer device is registered, the process may continue to Step S**106**.

If the request message is determined to be from a registered consumer device, remote server **16** processes the request message to determine whether the request message is a storage request message (Step S**106**). In particular, the storage request message may include media data indicating the consumer device is requesting that remote server **16** store specific media content for an amount of time, e.g., the storage request message may have a triggering flag. If the request message is a storage request message, the media data in the storage request message is processed (Step S**108**). For example, the storage request message may contain media data identifying to the requested media content to be stored. The media data may include time data that indicates the length of time the user wants the media content to be stored. The time data may include a start-end date, period of time (e.g., one month, one week), end date, among other values and/or characters that may indicate a length of time. Remote server **16** may determine media content information based on the processed storage request message, e.g., based on the media data (Step S**110**). The media content information may include a media title, media content serial number, or other media identifying characters corresponding to the requested media content.

Remote server **16** may determine the media content characteristics corresponding to the requested content based on the media content information, e.g., based on media data (Step S**112**). For example, the media content information may be used to search media database **52** for corresponding media content characteristics, e.g., determine media content characteristics. Alternatively, remote sever **16** may transmit the media content information to broadcast server **14**. The broadcast server **14** may search database **40** for media content characteristics corresponding to the received media content information. Broadcast server **14** may transmit the media content characteristics to remote server **16**. Remote server **16** may verify the requested media content based at least in part on the media content characteristics, e.g., remote server **16** verifies the requested media content is available based at least in part on the media content characteristics (Step S**114**). For example, the media content characteristics may indicate whether the requested media content is available for download and/or whether the requested media content exists. If the requested content is not verified, a network administrator may be notified (Step S**116**).

If the requested media content is verified, remote server **16** may download the verified media content, e.g., download media content corresponding to media data in storage request message (Step S**118**). In particular, remote server **16** may download the content from broadcast server **14** via network

6

**18** for storage in media database **52**, e.g., broadcast server **14** delivers media content to remote server **16**. For example, remote server **16** may transmit a download request message to broadcast server **14** indicating remote server **16** requests to download the verified media content from broadcast server **14**.

Alternatively, remote server **16** may download content from consumer device **12** such that consumer device **12** acts as a proxy server, e.g., consumer device **12** serves as an intermediary between remote server **16** and broadcast server **14** or another content server. Broadcast server **14** and remote server **16** may obtain media content from other Internet connected devices, community antenna cable television systems (CATV), satellite-based systems, and the like. In other words, it is contemplated that servers **14** and **16** have access to media content that is requested by the consumer. Remote server **16** may store the downloaded media content in media database **52** for a length of time determined from the media data, e.g., media data indicates the length of time to store the media content (Step S**120**). Also, remote server **16** may tag the downloaded content to the consumer. For example, the tag may link the downloaded content to the specific consumer account that requested the downloaded content.

Remote server **12** may transmit a confirmation message to consumer device **12** indicating the content corresponding to the storage request message has been stored in media database **52** (Step S**122**). The confirmation message may include confirmation data indicating the length of time the media content is to be stored, size of stored media content, cost amount, cost reduction, consumer account number, among other data.

Referring back to Step S**106**, if the request message is determined not to be a storage request message, remote server **16** determines whether the request message is a content request message (Step S**124**). In particular, the content request message may include content request data indicating that the consumer wants to stream or download media content to consumer device **12**. For example, the content request message data may include the media content title, a triggered message flag, consumer account number, mobile identification number, among other data that may be used by remote server **16** to identify the requested content. Remote server **16** may search media database **52** for stored media content corresponding to the content request message (Step S**126**). In particular, the requested media content may include media content previously stored in response to a storage request message, other stored media content not linked (e.g., tagged) to the requesting consumer, among other media content. For example, remote server **16** may store media content other consumers have requested and may also store premium content such as new programming, pay-per view events, and the like. In other words, consumer device **12** may transmit a content request message corresponding to any content stored on media database **52**, absent predefined media restrictions set by the network administrator or account administrator.

If no corresponding media content is found in media database **52** (Step S**128**), a network administrator and/or the consumer may be notified (Step S**116**). Alternatively, if no corresponding media content is found, the content request message may be processed as a storage request message. For example, the content request message may be processed according to the storage request message Steps of S**108**-S**122**. Continuing the example, after transmitting the confirmation message (Step S**122**), the content request message may then be processed as a content request message, e.g., according to Steps S**124**-S**130**. If remote server **16** finds the stored media content corresponding to the content request message in

media database **52** (Step S**128**), the corresponding media content may be transmitted to consumer device **12** for display (Step S**130**). For example, consumer device **12** may stream media content such as digital video from remote server **16** and/or may download the requested content.

An exemplary process for consumer device **12** to initiate media content storage, download and/or streaming is described with reference to FIG. **3**. In particular, request module **28** determines whether the consumer is requesting to store media content, e.g., whether to transmit a storage request message (Step S**132**). The determination may be based on a triggering event on consumer device **12** that is initiated by the consumer. For example, the triggering event may be pushing a record/storage button, voice activated record button, selecting media from a media database, among other types of triggering events that cause consumer device **12** to transmit a storage request message. If the storage request message is transmitted via transmitter **20**, a determination is made as to whether a confirmation message is received (Step S**134**). If no confirmation message has been received, the determination of Step S**134** is made again. Alternatively, a network administrator and/or consumer may be notified that no confirmation message has been received (not shown). A received confirmation message indicates the transmitted storage request message was successfully received and processed at remote server **16** such that media content corresponding to the storage request message is stored in media database **52**. The confirmation may also include information for display at consumer device **12** such as receipt, cost amount, among other displayable data.

Referring back to Step S**132**, if the determination is made not to transmit a storage request message, a determination is made as to whether to transmit a content request message (Step S**136**). In particular, the determination of Step S**136** is made based on a triggering event on consumer device **12** caused by the consumer. For example, the triggering event may be pushing a content request button, voice activated content button, among other types of triggering events that cause the consumer device **12** to transmit the content request message. If the content request message is transmitted via transmitter **20**, a determination is made as to whether the requested media content has been received, e.g., whether the consumer device is storing or downloading the requested media content (Step S**138**). If the requested media content has not been received, the determination of Step S**138** is made again. Alternatively, the network administrator and/or consumer may be notified that the requested content has not been received. If it is determined that the requested media content has been received, the received media content is played on consumer device **12** (Step S**140**), e.g., digital video is displayed on the consumer device display.

An exemplary process for determining a cost amount to store media content is described with reference to FIG. **4**. The length of time corresponding to the playback duration of the requested media content that is to be stored in media database **52** is determined, e.g., determine media content characteristics corresponding to requested content (Step S**142**). For example, the requested media content may correspond to three hours of runtime/playback time, 30 minutes of playback time, etc. The playback time of the media content may be provided by the broadcast server **14** and/or another internet connected device, e.g., the broadcast company may provide the runtime of a movie, among other movie data. A determination is made as to the length of time the requested content is to be stored in media database **52** (Step S**144**). The consumer may indicate in the storage request message that the requested media content is to be stored for a particular period of time such as two months, one day, or any other specified period of time.

Also, cost reduction factors may be applied to reduce the cost amount for storing media content (Step S**146**). The cost reduction factors may include a predefined period factor that indicates specific cost reductions based on predefined periods of time a consumer wants to store content. A cost reduction may be applied when a consumer selects media content storage according to set periods of time defined by the server provider. For example, the consumer may choose to store media content for one week or one month as predefined by the service provider. The cost reduction factor may be predefined based on the selected predefined storage times. Continuing the example, certain media content may have a predefined length of storage time of one day such that the media content is available to the consumer for one day and a specific cost reduction will be applied.

The cost amount may be based on factors such as the determined amount of playback time corresponding to the media content (e.g., based on media content characteristics), the length of time the consumer wants to store the requested content in the media database **52** and/or the cost reduction factors (Step S**148**). The consumer may not incur addition cost for streaming the stored content to consumer device **12** such that the consumer may stream as many times and as much content at a time as he or she, e.g., the determined cost amount is unaffected by the number of times the media content is downloaded or streamed. For example, the consumer may have requested the storage of two particular shows (media content) for one month storage in which the cost amount may be based on the runtime of both shows and the one month storage time and/or cost reduction factors. Continuing the example, the consumer may stream both shows individually or at substantially the same time to consumer device **12** without additional cost. Also, the consumer may stream one or both shows at substantially the same time to several consumer devices **12** registered to a specific consumer, i.e., consumer devices are registered to a single consumer account. Alternatively, additional cost may be incurred for repeated playback, even if the playback occurs during the storage time duration, e.g., playback during the one month storage time.

Another embodiment of an exemplary storage and delivery system is described with reference to FIG. **5**. Server farm **56** may include one or more remote servers **16** that communicate with broadcast server **14**, consumer device **12**, and other network devices. Server farm **56** may store all media content that is available irrespective of whether the content is being requested by consumer device **12**, e.g. stores all media available from broadcast server **14** and other media content sources. In one embodiment, server farm **56** stores all available broadcast and movie content.

Server farm **56** may periodically check for available content that is not already stored in server farm **56**. For example, server farm **56** may check or interrogate broadcast server **14** for new content that is available and has not already been downloaded to server farm **56** as discussed in detail in FIG. **6**. Alternatively, server farm **56** may receive a content advisory message from broadcast server **14** or other media content sources. The content advisory message may indicate to server farm **56** that media content that is available and may not have been downloaded to server farm **56**. In response to the content advisory message, server farm **56** may download the content corresponding to the content advisory message as discussed in detail in FIG. **7**. Accordingly, server farm **56** remains updated with all available content such that requested content

is already stored in server farm **56** and is ready for delivery, e.g., download, to consumer device **12**, as is discussed with respect to FIGS. **6-7**.

An exemplary process for storing and delivering media content is described with reference to FIG. **6**. Server farm **56** checks whether media content is available, e.g., determines if content is available (Step S**150**). Remote server **16** in server farm **56** checks or interrogates broadcast server **14** for media content not already stored in server farm **56**. For example, the media content may be newly released content or content just made available. If media content is available (Step S**152**), a determination is made whether the available content corresponds to content already stored in server farm (Step S**154**). For example, remote server **16** determines whether the available content is already stored in server farm **56**, e.g. determines if available content is not stored. If the available content is already stored in server farm **56**, remote server **16** in server farm **56** determines whether a content request message is received (Step S**158**). If the available content is not stored in server farm **56**, the available content is downloaded and stored in server farm **56** (Step S**156**). For example, remote server **16** in server farm **56** may initiate download of the available media content from broadcast server **14**. After the available content is downloaded to remote server **16** in server farm **56**, a determination is made whether a content request message is received (Step S**158**). For example, consumer device **12** may be requesting specific media content from server farm **56** via a content request message.

Server farm **56** may transmit the requested media content to the requesting consumer device **12**, e.g., the available content is downloaded and stored in server farm **56** before the content request message is received such that requested content is ready for delivery (Step S**160**). The downloaded and stored available content includes at least the requested content. Remote server **16** in server farm **56** may transmit the requested content to consumer device **12**. Referring back to Step S**152**, if content is not available the determination of Step S**158** may be made.

An exemplary process for storing and delivering content is described with reference to FIG. **7**. A determination is made whether a content advisory message is received (Step S**162**). For example, broadcast server **14** or other content providers may send a content advisory message to server farm **56** indicating that content is available. If no content advisory message has been received, remote server **16** in server farm **56** determine if a content request message has been received (Step S**170**). If the content advisory message is determined to have been received, the content corresponding to the content advisory message is determined (Step S**164**). Server farm **56** determines whether the available content corresponds to content already stored in server farm, e.g., determines whether content is store or not stored (Step S**166**). For example, remote server **16** determines whether the available content has previously been downloaded to one of the remote servers **16** in server farm **56**. If the available content does not correspond to content stored in server farm **56**, the available content is downloaded and stored in server farm **56** (Step S**168**). For example, remote server **16** in server farm **56** may initiate download of the available media content from broadcast server **14**. If the available content is already stored in server farm **56**, a determination is made whether a content request message has been received (Step S**170**). For example, the content request message may be received from consumer device **12** that is requesting to download specific media content from server farm **56**. If a content request message is determined not to have been received, the determination of Step S**162** may be repeated. If it is determined that a content request message is received, the media content corresponding to the content request message is transmitted, e.g., transmitted to consumer device **12** that requested the content (Step S**172**). For example, the available content is downloaded and stored in server farm **56** before the content request message is received in which the content request message correspond to previously downloaded content. It is also contemplated that a user can be charged a fee for downloading the content. The fee can be based on one or more factors, e.g., the duration of the media content, the age of the media content, the popularity of the media content and/or the type of media content.

The present invention can be realized in hardware, software, or a combination of hardware and software. Any kind of computing system, or other apparatus adapted for carrying out the methods described herein, is suited to perform the functions described herein. A typical combination of hardware and software could be a specialized or general purpose computer system having one or more processing elements and a computer program stored on a storage medium that, when loaded and executed, controls the computer system such that it carries out the methods described herein. The present invention can also be embedded in a computer program product, which comprises all the features enabling the implementation of the methods described herein, and which, when loaded in a computing system is able to carry out these methods. Storage medium refers to any volatile or non-volatile storage device.

Computer program or application in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following a) conversion to another language, code or notation; b) reproduction in a different material form.

It will be appreciated by persons skilled in the art that the present invention is not limited to what has been particularly shown and described herein above. In addition, unless mention was made above to the contrary, it should be noted that all of the accompanying drawings are not to scale. A variety of modifications and variations are possible in light of the above teachings without departing from the scope and spirit of the invention, which is limited only by the following claims.

What is claimed is:

1. A system for media content storage and delivery, the system comprising:
    a first server, the first server including:
        a first receiver, the first receiver configured to receive a request message including media data indicating requested media content and a consumer device identifier corresponding to a consumer device; and
        a first processor in communication with the first receiver, the first processor configured to determine whether the consumer device identifier corresponds to a registered consumer device;
    if the first processor determines that the consumer device identifier corresponds to the registered consumer device, then: the first processor is further configured to determine whether the request message is one of a storage request message and a content request message;
        if the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage; and
        if the request message is the content request message, then the processor is further configure to initiate delivery of the requested media content to the consumer device;

wherein the media data includes time data that indicates a length of time to store the requested media content; and

the first processor is further configured to determine whether the requested media content exists; and

if the processor determines that the requested media content exists, the processor is further configured to determine whether the requested media content is available and whether there are restrictions associated with the requested media content that prevent the requested media content from being delivered to the consumer device.

**2**. The system of claim **1**, wherein the first receiver is further configured to receive a storage confirmation message indicating the requested media content is available for storage.

**3**. The system of claim **1**, wherein if the first processor determines that the consumer device identifier does not correspond to the registered consumer device, then:

the first processor is configured to send a registration message prompting registration of the consumer device.

**4**. The system of claim **1**, wherein the first server further includes a first memory in communication with the first receiver and the first processor, the first memory configured to store user data corresponding to an end user media consumer associated with the consumer device, the user data including a number of consumer devices registered to the end user media consumer.

**5**. The system of claim **1**, wherein the first processor is further configured to verify that the consumer device identifier is associated with an end user media consumer.

**6**. The system of claim **1**, further comprising a second server, the second server including:

a second memory, the second memory configured to store the requested media content;

a second receiver, the second receiver configured to receive a delivery message indicating the requested media content is to be delivered to the first server; and a second transmitter, the second transmitter configured to transmit the requested media content to the first server when the first processor determines that the consumer device identifier corresponds to the registered consumer device.

**7**. A method for storing media content and delivering requested media content to a consumer device, the method comprising:

receiving a request message including media data indicating requested media content and a consumer device identifier corresponding to the consumer device;

determining whether the consumer device identifier corresponds to a registered consumer device; and

if it is determined that the consumer device identifier corresponds to the registered consumer device, then:

determining, whether the request message is one of a storage request message and a content request message; and

if the request message is the storage request message, then determining whether the requested media content is available for storage; and

if the request message is the content request message, then initiating delivery of the requested media content to the consumer device;

wherein the media data includes time data that indicates a length of time to store the requested media content; and

the first processor is further configured to determine whether the requested media content exists; and

if the processor determines that the requested media content exists, the processor is further configured to determine whether the requested media content is available and whether there are restrictions associated with the requested media content that prevent the requested media content from being delivered to the consumer device.

**8**. The method of claim **7**, further comprising receiving a storage confirmation message indicating whether the requested media content is available for storage.

**9**. The method of claim **7**, further comprising:

if it is determined that the consumer device identifier does not correspond to the registered consumer device, then:

sending a registration message prompting registration of the consumer device.

**10**. The method of claim **7**, further comprising:

storing user data corresponding to an end user media consumer associated with the consumer device, the user data including a number of consumer devices registered to the end user media consumer.

**11**. The method of claim **7**, further comprising: verifying that the consumer device identifier is associated with an end user media consumer.

**12**. The method of claim **7**, wherein in response to receiving the content request message, the method further comprises transmitting a financial cost of delivering the requested media content.

**13**. The method of claim **12**, wherein the financial cost is unaffected by the number of times the requested media content is delivered.

* * * * *