EXHIBIT B

U.S. Patent No. US 8,856,221 v. Snowflake Inc.

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [7.P] A method for storing media content and delivering requested media content to a consumer device, the method comprising: | Snowflake Inc. performs and/or induces others to perform a method for storing media content and delivering requested media content to a consumer device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Snowflake Inc. (herein after referred to as Snowflake) provides Snowflake Platform, a cloud data solution for storing and reading unstructured data, including text, photos, and videos ("media content"), within an internal stage, which is a secure and managed storage location within Snowflake. Further, it enables the owner of the unstructured data to share it with a recipient via a pre-signed URL. The pre-signed URL enables a recipient to read ("delivering requested media content") or download ("storing media content") the unstructured data to their devices ("consumer device") via a SnowSight web interface.<br><br> |

3

**Source:** https://www.snowflake.com/en/product/platform/

# Introduction to unstructured data

Media content

Unstructured data is information that does not fit into a predefined data model or schema. Typically text-heavy, such as form responses and social media conversations, unstructured data also encompasses images, video, and audio Industry-specific file types such as VCF (genomics), KDF (semiconductors), or HDF5 (aeronautics) are included in this category.

Snowflake supports the following actions:

- Securely access data files located in cloud storage.
- Share file access URLs with collaborators and partners.
- Load file access URLs and other file metadata into Snowflake tables.
- Process unstructured data.
- Load unstructured data with Document AI

**Source:** https://docs.snowflake.com/en/user-guide/unstructured-intro (annotated)

# Cloud Storage service support

Both external (external cloud storage) and internal (i.e. Snowflake) stages support unstructured data.

**Source:** https://docs.snowflake.com/en/user-guide/unstructured-intro

4

**Pre-signed URL**    Simple HTTPS URL used to access a file via a web browser. A file is temporarily accessible to users via this URL using a pre-signed access token. The expiration time for the access token is configurable.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

# Downloading staged files in Snowsight

## Downloading a generated scoped, pre-signed, or file URL

Users can select a generated scoped, pre-signed, or file URL in the results table of a Snowsight worksheet and download the referenced file.

1. Sign in to Snowsight.

2. Select **Projects » Worksheets » My Worksheets**, or open a local worksheet by navigating to **Recent** or **Folders** » <worksheet_name>.

3. Return a scoped, pre-signed, or file URL in a query using any one of the supported methods.

4. Select the URL in the results table. Snowsight downloads the file referenced by the URL.



Storing media content

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro (annotated)



Source: https://docs.snowflake.com/en/user-guide/unstructured-intro (annotated)

## Viewing staged files

Delivering requested media content

You can view staged files using Snowsight. You can view files on both internal and external stages.

**Note**

You must use a role that is granted or inherits the USAGE privilege on the database and schema and the READ privilege on the stage to perform these steps.

Source:   https://docs.snowflake.com/en/user-guide/data-load-local-file-system-stage-ui#label-snowsight-stage-details (annotated)

**User-defined Functions and Stored Procedures**

Snowflake supports multiple ways to read a file within Java or Python code so that you can process unstructured data or use your own machine learning models in user-defined functions (UDFs), user-defined table functions (UDTFs), or stored procedures.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

## Staging files using Snowsight

With Snowsight, you can create and manage named stages without writing SQL. You can also upload files onto a named internal stage so that you can view your files, reference the files in a Python worksheet, or load data from the files into a table.

Source: https://docs.snowflake.com/en/user-guide/data-load-local-file-system-stage-ui#label-snowsight-stage-details

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

7

| | |
|---|---|
| [7.1] receiving a request message including media data indicating requested media content and a consumer device identifier corresponding to the consumer device; | Snowflake Inc. performs and/or induces others to perform the step of receiving a request message including media data indicating requested media content and a consumer device identifier corresponding to the consumer device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Snowflake enables the owner of the unstructured data to generate and share a pre-signed URL for an unstructured data file stored in internal stages. Once the pre-signed URL is shared with the recipient, the recipient clicks the URL and accesses it by signing into SnowSight with their account identifier or account URL ("consumer device identifier"). Therefore, upon information and belief, when the recipient opens the shared pre-signed URL, a request is generated containing the account identifier and information about the shared unstructured data file ("media data indicating requested media content").<br><br><br><br>Source: https://docs.snowflake.com/en/user-guide/unstructured-intro (annotated) |

## Introduction to unstructured data

Unstructured data is information that does not fit into a predefined data model or schema. Typically text-heavy, such as form responses and social media conversations, unstructured data also encompasses images, video, and audio. Industry-specific file types such as VCF (genomics), KDF (semiconductors), or HDF5 (aeronautics) are included in this category.

Snowflake supports the following actions:

- Securely access data files located in cloud storage.
- Share file access URLs with collaborators and partners.
- Load file access URLs and other file metadata into Snowflake tables.
- Process unstructured data.
- Load unstructured data with Document AI

**Pre-signed URL**    Simple HTTPS URL used to access a file via a web browser. A file is temporarily accessible to users via this URL using a pre-signed access token. The expiration time for the access token is configurable.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

| Usage | The following options are available: | The following options are available: | The following options are available: |
|---|---|---|---|
| | • In Snowsight, click on a scoped URL in the query results table. Snowsight retrieves the file only for the user who generated the scoped URL.<br><br>• Send a scoped URL in a GET request to the file support REST API endpoint. For information, see REST API for unstructured data support. | • In Snowsight, click on a file URL in the query results table. Snowsight retrieves the file only if the active role has sufficient privileges.<br><br>• Send a file URL in a GET request to the file support REST API endpoint. For information, see REST API for unstructured data support. | • In Snowsight, click on a pre-signed URL in the query results table.<br><br>• Navigate to the pre-signed URL directly in a web browser. |

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

9

Pre-signed URLs are open but temporary. The expiration time for the access token is configurable when generating the URL. Any user or application can directly access or download the files until the expiration time is reached.

The following query will generate the pre-signed URLs for the mailbox `beck-s`. In the `get_presigned_url()` system function, we pass the parameter `300` which represents the expiration time for the token in seconds (which is 300s, so 5 minutes in this case).

```
select
    relative_path
    , get_presigned_url(@email_stage_internal,relative_path,300) as presigned_url
from directory(@email_stage_internal)
where relative_path like '%beck-s%';
```

Click on any cell value in the `PRESIGNED_URL` column. This should give the actual full URL on the right hand side in the grey cell. (Click to Copy)



Source:

https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#6



# Downloading staged files in Snowsight

## Downloading a generated scoped, pre-signed, or file URL

Users can select a generated scoped, pre-signed, or file URL in the results table of a Snowsight worksheet and download the referenced file.

1. Sign in to Snowsight.

2. Select **Projects » Worksheets » My Worksheets**, or open a local worksheet by navigating to **Recent** or **Folders » <worksheet_name>**.

3. Return a scoped, pre-signed, or file URL in a query using any one of the supported methods.

4. Select the URL in the results table. Snowsight downloads the file referenced by the URL.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



## Using the internet

To access Snowsight over the public Internet, do the following:

1. In a supported web browser, navigate to https://app.snowflake.com. — Consumer Identifier Device

2. Provide your account identifier or account URL. If you've previously signed in to Snowsight, you might see an account name that you can select.

3. Sign in using your Snowflake account credentials.

Source: https://docs.snowflake.com/en/user-guide/ui-snowsight-gs#label-snowsight-getting-started-sign-in (annotated)

Source: https://app.snowflake.com/

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

| [7.2] determining whether the consumer device identifier corresponds to a registered consumer device; and, if it is determined that the consumer device identifier corresponds to the registered consumer device, then: | Snowflake Inc. performs and/or induces others to perform the step of determining whether the consumer device identifier corresponds to a registered consumer device. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, to access the shared unstructured data through a pre-signed URL, the recipient of the pre-signed URL is required to sign in using the account identifier, which uniquely identifies the recipient's Snowflake account. Therefore, it would be apparent to a person having ordinary skills in the art that when the recipient of the shared data completes sign-in, Snowflake verifies the recipient ("determining whether the consumer device identifier corresponds to a registered consumer device") based on the provided account identifier ("the consumer device identifier"). |

13

14

# Downloading staged files in Snowsight

## Downloading a generated scoped, pre-signed, or file URL

Users can select a generated scoped, pre-signed, or file URL in the results table of a Snowsight worksheet and download the referenced file.

1. Sign in to Snowsight.

2. Select **Projects » Worksheets » My Worksheets**, or open a local worksheet by navigating to **Recent** or **Folders » <worksheet_name>**.

3. Return a scoped, pre-signed, or file URL in a query using any one of the supported methods.

4. Select the URL in the results table. Snowsight downloads the file referenced by the URL.



Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

| Usage | The following options are available: | The following options are available: | The following options are available: |
|---|---|---|---|
| | • In Snowsight, click on a scoped URL in the query results table. Snowsight retrieves the file only for the user who generated the scoped URL. | • In Snowsight, click on a file URL in the query results table. Snowsight retrieves the file only if the active role has sufficient privileges. | • In Snowsight, click on a pre-signed URL in the query results table. |
| | • Send a scoped URL in a GET request to the file support REST API endpoint. For information, see REST API for unstructured data support. | • Send a file URL in a GET request to the file support REST API endpoint. For information, see REST API for unstructured data support. | • Navigate to the pre-signed URL directly in a web browser. |

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

## Account identifiers

An account identifier uniquely identifies a Snowflake account within your organization, as well as throughout the global network of Snowflake-supported cloud platforms and cloud regions.

The preferred account identifier consists of the name of the account prefixed by its organization (e.g. myorg-account123). You can also use the Snowflake-assigned locator as the account identifier; however, the use of this legacy format is **discouraged**.

Source: https://docs.snowflake.com/en/user-guide/admin-account-identifier



## Using the Internet

To access Snowsight over the public Internet, do the following:

1. In a supported web browser, navigate to https://app.snowflake.com.

2. Provide your account identifier or account URL. If you've previously signed in to Snowsight, you might see an account name that you can select.

3. Sign in using your Snowflake account credentials.

Source: https://docs.snowflake.com/en/user-guide/ui-snowsight-gs#label-snowsight-getting-started-sign-in

Source: https://app.snowflake.com/

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

| | |
|---|---|
| [7.3] determining, whether the request message is one of a storage request message and a content request message; and; | Snowflake Inc. performs and/or induces others to perform the step of determining, whether the request message is one of a storage request message and a content request message. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after signing in, the recipient accesses the shared unstructured data through the pre-signed URL on the SnowSight web interface. The recipient is enabled to either read ("a content request message") the content of unstructured data from the URL or download the unstructured data file ("a storage request message"). If the recipient chooses to read the unstructured data, the recipient can read the content of the unstructured data file using PYTHON UDP or Java UDP in the Snowflake platform, and if the recipient chooses to download the unstructured data file, the unstructured data file is downloaded to the recipient's device. Therefore, upon information and belief, Snowflake performs the step of determining whether the request message is a storage request message or a content request message based on the function performed on the pre-signed URL by the recipient. |

Pre-signed URLs are open but temporary. The expiration time for the access token is configurable when generating the URL. Any user or application can directly access or download the files until the expiration time is reached.

The following query will generate the pre-signed URLs for the mailbox `beck-s`. In the `get_presigned_url()` system function, we pass the parameter `300` which represents the expiration time for the token in seconds (which is 300s, so 5 minutes in this case).

```
select
    relative_path
    , get_presigned_url(@email_stage_internal,relative_path,300) as presigned_url
from directory(@email_stage_internal)
where relative_path like '%beck-s%';
```

Click on any cell value in the `PRESIGNED_URL` column. This should give the actual full URL on the right hand side in the grey cell. (Click to Copy)



Open a new tab in your web browser, and paste the copied URL. This should download the file on your workstation. As you can see, the URL is valid even when executed outside from the Snowsight UI.

Source:
https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#6

18

**User-defined Functions and Stored Procedures**

Snowflake supports multiple ways to read a file within Java or Python code so that you can process unstructured data or use your own machine learning models in user-defined functions (UDFs), user-defined table functions (UDTFs), or stored procedures.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

Using Snowpark runtimes and libraries, you can securely deploy and process Python, Java and Scala code to build pipelines, ML models, and applications in Snowflake. You can process unstructured files in Java (generally available), Python (public preview), and Scala (public preview) natively in Snowflake using Snowpark. In the following sections, you'll see how entity extraction can be done with Snowpark for both Java and Python.

Source:
https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#7

19



## Downloading staged files in Snowsight

### Downloading a generated scoped, pre-signed, or file URL

Users can select a generated scoped, pre-signed, or file URL in the results table of a Snowsight worksheet and download the referenced file.

1. Sign in to Snowsight.

2. Select **Projects** » **Worksheets** » **My Worksheets**, or open a local worksheet by navigating to **Recent** or **Folders** » <worksheet_name>.

3. Return a scoped, pre-signed, or file URL in a query using any one of the supported methods.

4. Select the URL in the results table. Snowsight downloads the file referenced by the URL.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



# Downloading from an internal stage

Users can download a file from the internal stage directly from Snowsight.

1. Sign in to Snowsight.

2. Navigate to your file on the internal stage. For more information about finding files, see Viewing staged files.

3. Select the ⋯ button, and select **Download**.

Stage Files    Stage Details    Lineage    PREVIEW

**TEST1029** (1 File)

Q Search    ·    _WH    C

| NAME | SIZE | LAST MODIFIED ↓ |
|------|------|------|
| 📄 test-picture.jpg | 62.7KB | 1 minute ago |

storage request message

⋯

Load into table
Copy path
Download
Remove

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro (annotated)

21

| | |
|---|---|
| [7.4] if the request message is the storage request message, then determining whether the requested media content is available for storage; and |  Source: https://docs.snowflake.com/en/user-guide/data-load-local-file-system-stage-ui#label-snowsight-stage-details

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

Snowflake Inc. performs and/or induces others to perform the step wherein if the request message is the storage request message, then determining whether the requested media content is available for storage.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Snowflake enables unstructured data owners to apply policies to the pre-signed URL to restrict the access of the object, such as the expiration time of the temporary URL that disable the download of the object after the expiration time and restrict the access of the pre-signed URL by specific IP addresses, VPCE (Virtual Private Cloud Endpoint) IDs. Therefore, upon information and belief, when the recipient requests to download the unstructured data shared via the temporary URL, Snowflake verifies the restrictions to determine whether the unstructured data can be downloaded ("determining whether the requested media content is available for storage") or if the access is restricted. |

| | |
|---|---|
| **Before the change** | Presigned URLs generated by the GET_PRESIGNED_URL function do not contain a security token. |
| **After the change** | Presigned URLs generated by the GET_PRESIGNED_URL function contain a security token. |

If an account administrator enabled the ENFORCE_NETWORK_RULES_FOR_INTERNAL_STAGES parameter, causing active network policies that use network rules to restrict access to presigned URLs to internal stages, then only the following clients can access the restricted internal stages:

- IP addresses in the ALLOWED_IP_LIST parameter, and not in the BLOCKED_IP_LIST parameter of an active network policy.
- IP addresses and VPCE IDs in the VALUE_LIST parameter of a network rule. The network rule must be in the ALLOWED_NETWORK_RULE_LIST parameter but not in the BLOCKED_NETWORK_RULE_LIST parameter of an active network policy. The network rule can have one of the following combinations of parameters set:
  - The TYPE parameter set to IPV4, and the MODE parameter set to INGRESS.
  - The TYPE parameter set to AWSVPCEID, and the MODE parameter set to INTERNAL_STAGE.

Source: https://docs.snowflake.com/en/release-notes/bcr-bundles/2024_03/bcr-1558



# Downloading staged files in Snowsight

## Downloading a generated scoped, pre-signed, or file URL

Users can select a generated scoped, pre-signed, or file URL in the results table of a Snowsight worksheet and download the referenced file.

1. Sign in to Snowsight.

2. Select **Projects** » **Worksheets** » **My Worksheets**, or open a local worksheet by navigating to **Recent** or **Folders** » <worksheet_name>.

3. Return a scoped, pre-signed, or file URL in a query using any one of the supported methods.

4. Select the URL in the results table. Snowsight downloads the file referenced by the URL.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



Source: https://docs.snowflake.com/en/user-guide/unstructured-intro (annotated)

Pre-signed URLs are open but temporary. The expiration time for the access token is configurable when generating the URL. Any user or application can directly access or download the files until the expiration time is reached.

The following query will generate the pre-signed URLs for the mailbox `beck-s`. In the `get_presigned_url()` system function, we pass the parameter `300` which represents the expiration time for the token in seconds (which is 300s, so 5 minutes in this case).

Source:
https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#6

## About network policies

By default, Snowflake allows users to connect to the service and internal stage from any computer or device. A security administrator (or higher) can use a network policy to allow or deny access to a request based on its origin. The *allowed list* of the network policy controls which requests are allowed to access the Snowflake service or internal stage, while the *blocked list* controls which requests should be explicitly blocked.

A network policy does not directly specify the network identifiers in its allowed list or blocked list. Rather, a network policy adds *network rules* to its allowed and blocked lists. These network rules group related identifiers into logical units that are added to the allowed list and blocked list of a network policy.

### Important

Network policies that existed before the introduction of network rules still work. However, all new network policies should use network rules, not the `ALLOWED_IP_LIST` and `BLOCKED_IP_LIST` parameters, to control access from IP addresses. Best practice is to avoid using both ways to restrict access in the same network policy.

Source: https://docs.snowflake.com/en/user-guide/network-policies

26

**Pre-signed URL**   Simple HTTPS URL used to access a file via a web browser. A file is temporarily accessible to users via this URL using a pre-signed access token. The expiration time for the access token is configurable.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

Any person who has the pre-signed URL can access the referenced file for the life of the token.

Length of time specified in the `expiration_time` argument.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



Source: https://docs.snowflake.com/en/sql-reference/functions/get_presigned_url

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

Snowflake Inc. performs and/or induces others to perform the step wherein if the request message is the content request message, then initiating delivery of the requested media content to the consumer device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

| | |
|---|---|
| [7.5] if the request message is the content request | |

| | |
|---|---|
| message, then initiating delivery of the requested media content to the consumer device; | For example, when the recipient chooses to read the unstructured data ("if the request message is the content request message"), Snowflake enables the recipient to access the content of the unstructured data ("initiating delivery of the requested media content") through the Snowflake interface using Python UDP or Java UDP, allowing the recipient to read and process the unstructured data.<br><br>Pre-signed URLs are open but temporary. The expiration time for the access token is configurable when generating the URL. Any user or application can directly access or download the files until the expiration time is reached.<br><br>The following query will generate the pre-signed URLs for the mailbox `beck-s`. In the `get_presigned_url()` system function, we pass the parameter `300` which represents the expiration time for the token in seconds (which is 300s, so 5 minutes in this case).<br><br>Source: https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#6<br><br>**User-defined Functions and Stored Procedures**<br><br>Snowflake supports multiple ways to read a file within Java or Python code so that you can process unstructured data or use your own machine learning models in user-defined functions (UDFs), user-defined table functions (UDTFs), or stored procedures.<br><br>Source: https://docs.snowflake.com/en/user-guide/unstructured-intro<br><br>Using Snowpark runtimes and libraries, you can securely deploy and process Python, Java and Scala code to build pipelines, ML models, and applications in Snowflake. You can process unstructured files in Java (generally available) Python (public preview), and Scala (public preview) natively in Snowflake using Snowpark. In the following sections, you'll see how entity extraction can be done with Snowpark for both Java and Python.<br><br>Source:<br>https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#7 |

| [7.6] wherein the media data includes time data that indicates a length of time to store the requested media content; and | 

Source: https://docs.snowflake.com/en/user-guide/data-load-local-file-system-stage-ui#label-snowsight-stage-details

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

Snowflake Inc. performs and/or induces others to perform the step wherein the media data includes time data that indicates a length of time to store the requested media content.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Snowflake enables unstructured data owners to share the pre-signed URL to a recipient, including a predefined expiration period ("the media data includes time data"), ensuring that the recipient accesses the unstructured data file for a duration set by the owner. Once this period expires, access to the unstructured data file via the pre-signed URL is automatically revoked, preventing further downloads or viewing. Therefore, upon information and belief, the specified time frame in which the recipient (with whom the files are shared) can download the unstructured data indicates a length of time to store the requested media content.

Pre-signed URL   Simple HTTPS URL used to access a file via a web browser. A file is temporarily accessible to users via this URL using a pre-signed access token. The expiration time for the access token is configurable.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro |

| | |
|---|---|
| Any person who has the pre-signed URL can access the referenced file for the life of the token. | Length of time specified in the `expiration_time` argument. |

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



GET_PRESIGNED_URL( @<stage_name> , '<relative_file_path>' , [ <expiration_time> ] )

## Arguments

**stage_name**

Name of the internal or external stage where the file is stored.

**Note**

If the stage name includes spaces or special characters, it must be enclosed in single quotes (e.g.
'@"my stage"' for a stage named "my stage").

**relative_file_path**

Path and filename of the file relative to its location on the stage.

**expiration_time**

Length of time (in seconds) after which the short term access token expires.

Default value: 3600 (60 minutes).

Maximum value: If the stage uses an AWS IAM role (AWS_ROLE) to securely connect to your S3 bucket, the
maximum expiration time is 3600 (60 minutes). Otherwise, the maximum expiration time is 604800 (7
days).

Source: https://docs.snowflake.com/en/sql-reference/functions/get_presigned_url

| [7.7] the first processor is further configured to determine whether the requested media content exists; and | Examples<br><br>**Querying the function**<br><br><br><br>```
SELECT GET_PRESIGNED_URL(@images_stage, 'us/yosemite/half_dome.jpg', 3600);
```
The media data includes time data<br><br>```
+-----------------------------------------------------------------+
| GET_PRESIGNED_URL(@IMAGES_STAGE, 'US/YOSEMITE/HALF_DOME.JPG', 3600) |
|-----------------------------------------------------------------|
| http://myaccount.s3.amazonaws.com/national_parks/us/yosemite/half_dome.jpg?X-Amz-Algorithm |
+-----------------------------------------------------------------+
```<br><br>Source: https://docs.snowflake.com/en/sql-reference/functions/get_presigned_url (annotated)<br><br>Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.<br><br>Snowflake Inc. performs and induces others to perform the step wherein the first processor is configured to determine whether the requested media content exists.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Snowflake enables unstructured data owners to share unstructured data files with a specified expiration period, ensuring that shared unstructured data remains accessible for a set duration. Once the expiration period has passed, the shared content becomes unavailable to the user. Therefore, it would be apparent to a person skilled in the art, when the recipient attempts to access the shared unstructured data, Snowflake checks whether the unstructured data file is still available by verifying if the access period has expired or not ("determine whether the requested media content exists"). |

**Pre-signed URL**   Simple HTTPS URL used to access a file via a web browser. A file is temporarily accessible to users via this URL using a pre-signed access token. The expiration time for the access token is configurable.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

Any person who has the pre-signed URL can access the referenced file for the life of the token.

Length of time specified in the `expiration_time` argument.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



```
GET_PRESIGNED_URL( @<stage_name> , '<relative_file_path>' , [ <expiration_time> ] )
```

## Arguments

**stage_name**

Name of the internal or external stage where the file is stored.

**Note**

If the stage name includes spaces or special characters, it must be enclosed in single quotes (e.g. `'@"my stage"'` for a stage named `"my stage"`).

**relative_file_path**

Path and filename of the file relative to its location on the stage.

**expiration_time**

Length of time (in seconds) after which the short term access token expires.

Default value: `3600` (60 minutes).

Maximum value: If the stage uses an AWS IAM role (`AWS_ROLE`) to securely connect to your S3 bucket, the maximum expiration time is `3600` (60 minutes). Otherwise, the maximum expiration time is `604800` (7 days).

Source: https://docs.snowflake.com/en/sql-reference/functions/get_presigned_url

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

| | |
|---|---|
| [7,8] if the processor determines that the requested media content exists, the processor is further configured to determine whether the requested media content is available and whether there are restrictions associated with the requested media content that prevent requested media content from being delivered to | Snowflake Inc. performs and induces others to perform the step wherein, if the processor determines that the requested media content exists, the processor is further configured to determine whether the requested media content is available and whether there are restrictions associated with the requested media content that prevent the requested media content from being delivered to the consumer device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Snowflake enables unstructured data owners to apply policies to restrict the access to the pre-signed URL for selected IP addresses and VPCE IDs ("restrictions associated with the requested media content that prevent the requested media content from being delivered to the consumer device"). Additionally, unstructured data owners can set an expiration time, which ensures that the shared pre-signed URL is accessible for a specified duration. Therefore, it would be apparent to a person having ordinary skills in the art that Snowflake utilizes the processor to determine whether the requested media content is available and whether any access restrictions, such as IP filtering or expiration settings, prevent the content from being delivered to the recipient's device. |

the consumer device.

| | |
|---|---|
| **Before the change** | Presigned URLs generated by the GET_PRESIGNED_URL function do not contain a security token. |
| **After the change** | Presigned URLs generated by the GET_PRESIGNED_URL function contain a security token. |

If an account administrator enabled the ENFORCE_NETWORK_RULES_FOR_INTERNAL_STAGES parameter, causing active network policies that use network rules to restrict access to presigned URLs to internal stages, then only the following clients can access the restricted internal stages:

- IP addresses in the ALLOWED_IP_LIST parameter, and not in the BLOCKED_IP_LIST parameter of an active network policy.
- IP addresses and VPCE IDs in the VALUE_LIST parameter of a network rule. The network rule must be in the ALLOWED_NETWORK_RULE_LIST parameter but not in the BLOCKED_NETWORK_RULE_LIST parameter of an active network policy. The network rule can have one of the following combinations of parameters set:
  - The TYPE parameter set to IPV4, and the MODE parameter set to INGRESS.
  - The TYPE parameter set to AWSVPCEID, and the MODE parameter set to INTERNAL_STAGE.

*[annotation:]* Restrictions associated with the requested media content that prevent the requested media content from being delivered to the consumer device

Source: https://docs.snowflake.com/en/release-notes/bcr-bundles/2024_03/bcr-1558 (annotated)

## About network policies

By default, Snowflake allows users to connect to the service and internal stage from any computer or device. A security administrator (or higher) can use a network policy to allow or deny access to a request based on its origin. The *allowed list* of the network policy controls which requests are allowed to access the Snowflake service or internal stage, while the *blocked list* controls which requests should be explicitly blocked.

A network policy does not directly specify the network identifiers in its allowed list or blocked list. Rather, a network policy adds *network rules* to its allowed and blocked lists. These network rules group related identifiers into logical units that are added to the allowed list and blocked list of a network policy.

**Important**

Network policies that existed before the introduction of network rules still work. However, all new network policies should use network rules, not the `ALLOWED_IP_LIST` and `BLOCKED_IP_LIST` parameters, to control access from IP addresses. Best practice is to avoid using both ways to restrict access in the same network policy.

Source: https://docs.snowflake.com/en/user-guide/network-policies

**Pre-signed URL**   Simple HTTPS URL used to access a file via a web browser. A file is temporarily accessible to users via this URL using a pre-signed access token. The expiration time for the access token is configurable.

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro

| | |
|---|---|
| Any person who has the pre-signed URL can access the referenced file for the life of the token. | Length of time specified in the `expiration_time` argument. |

Source: https://docs.snowflake.com/en/user-guide/unstructured-intro



Source: https://docs.snowflake.com/en/sql-reference/functions/get_presigned_url

Further, to the extent this element is performed at least in part by Snowflake Inc. software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by Snowflake Inc.

40

## 2. List of References

1. https://www.snowflake.com/en/product/platform/, last accessed on 25 July 2025.
2. https://docs.snowflake.com/en/user-guide/unstructured-intro, last accessed on 25 July 2025.
3. https://docs.snowflake.com/en/user-guide/data-load-local-file-system-stage-ui#label-snowsight-stage-details, last accessed on 25 July 2025.
4. https://docs.snowflake.com/en/user-guide/ui-snowsight-gs#label-snowsight-getting-started-sign-in, last accessed on 25 July 2025.
5. https://app.snowflake.com/, last accessed on 25 July 2025.
6. https://docs.snowflake.com/en/user-guide/admin-account-identifier, last accessed on 25 July 2025.
7. https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#6, last accessed on 25 July 2025.
8. https://quickstarts.snowflake.com/guide/getting_started_with_unstructured_data/index.html?index=..%2F..index#7, last accessed on 25 July 2025.
9. https://docs.snowflake.com/en/sql-reference/functions/get_presigned_url, last accessed on 25 July 2025.
10. https://docs.snowflake.com/en/release-notes/bcr-bundles/2024_03/bcr-1558, last accessed on 25 July 2025.